UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON, | No. C 11-155 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. GARNER and F. GARNER; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted. The dismissal is without prejudice to plaintiff filing a habeas petition to challenge the execution of his sentence.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 6, 2011

SUSAN ILLSTON
United States District Judge